Decided September 9, 1999

JAMES H. RACZKOWSKI *v.* ZONING COMMISSION OF THE TOWN OF NAUGATUCK ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 53 Conn. App. 636 (AC 17729/ 17737), is denied.

*J. Brendan Sharkey,* in support of the petition.

*Robert A. Fuller* and *Franklin G. Pilicy,* in opposition.

Decided September 9, 1999

NEW ENGLAND ROCK SERVICES, INC., ET AL. *v.* EMPIRE PAVING, INC., ET AL.

*Dominic J. Caciopoli,* in support of the petition.

*Thomas J. Farrell,* in opposition.

Decided September 9, 1999

STATE OF CONNECTICUT *v.* JOHN BOWMAN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 650 (AC 17922), is denied.